

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/13/2025_

THE CITY OF NEW YORK

## LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**Bryn M. Ritchie**
Phone: (212) 356-0885

January 7, 2025

Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of N.Y.
40 Foley Square
New York, NY 10007

Re: *Bird et al v. Banks et al*
Case No: 24-cv-01554-VSB-KHP

> Defendants' request is GRANTED. Defendants shall file their cross-motion for summary judgment by **January 14, 2025** and Plaintiffs shall file their reply and opposition to Defendants' cross-motion by **February 4, 2025**. Defendants shall file their reply by **February 18, 2025**.

**SO ORDERED:**

*Katharine H. Parker*  1/13/2025
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Your Honor:

This office represents the Defendants New York City Department of Education and its Chancellor in their official capacity in the above referenced action. We are writing to request a retroactive extension of fourteen days to cross-move for summary judgment in this action. Defendants' cross-motion for summary judgment was due December 30, 2024. The undersigned apologizes to the Court for this belated request, which occurred due to a personal electronic calendaring error causing the deadline to run past due. According, the undersigned respectfully requests a retroactive 14-day extension to file Defendants' cross-motion for summary judgment no later than January 14, 2025.

The deadline for replies to the parties' motions is currently January 21, 2025. Accordingly, Defendants also request to extend the parties' deadline for replies by 14 days to February 4, 2025. I have contacted Plaintiff's counsel this morning requesting their consent to this extension but was not returned a response by end of business today. Defendants thank the Court for its consideration in this matter.

Respectfully submitted,

/s/
_____
Bryn M. Ritchie
Assistant Corporation Counsel